Maurice Fitzgerald (SBN: 149712)
Robert E. Cartwright, Jr. (SBN: 104284)
The Cartwright Law Firm, Inc.
222 Front Street, Fifth Floor
San Francisco, CA 94111

Attorneys for Plaintiff
GEORGE WESTBROOK

Jason A. Geller [SBN 168149]
Email: jgeller@fisherphillips.com
Annie Lau [SBN 302438]
Email: alau@fisherphillips.com
FISHER & PHILLIPS LLP
One Embarcadero Center, Suite 2050
San Francisco, CA 94111
Tel: (415) 490-9000
Fax: (415) 490-9001

Attorneys for Defendant
BALL METAL BEVERAGE CONTAINER CORP.

# THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| GEORGE WESTBROOK,<br><br>    Plaintiff(s),<br><br>vs.<br><br>BALL METAL BEVERAGE CORP., a Colorado corporation; and Does 1-100, inclusive;<br><br>    Defendant(s). | Case No. 2:16-CV-01569-WBS-CKD<br><br>**JOINT STIPULATION RE: CONTINUATION OF DISCOVERY DEADLINES AND ORDER**<br><br>[Originally Solano County Superior Court Action No. FCS047162]<br><br>Removal Date:   July 8, 2016<br>Trial Date:          TBD |

1

TO THE U.S. DISTRICT COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Plaintiff GEORGE WESTBROOK ("Plaintiff") and Defendant BALL METAL BEVERAGE CONTAINER CORP. ("Defendant"), by and through their respective counsel, hereby submit this Joint Stipulation pursuant to Federal Rule of Civil Procedures ("Fed. R. Civ. P.") 29 and Local Rules ("L.R.") 143, 144, and 230(f) and respectfully request that the Court issue an order granting this stipulation as set forth below pursuant to Fed. R. Civ. P. 29.

WHEREAS, on October 31, 2016, the Court issued a Status (Pretrial Scheduling) Order (Doc. 5) that established all discovery deadlines and set a jury trial for February 6, 2018 in this action;

WHEREAS, lead counsel for Defendant was engaged in a lengthy trial from November 2016 until mid-February 2017.

WHEREAS, the Parties desire additional time for the completion of discovery.

WHEREAS, the Parties desire additional time to consider alternative dispute resolution.

WHEREAS, the joint stipulation is not entered into with the intent to delay. By continuing the discovery and motion deadlines as set forth above, ~~and continuing trial~~, there is no prejudice to any party.

WHEREAS, good cause exists for granting the Parties' request to extend the following deadlines and continue the trial date in accordance with Fed. R. Civ. P. 29.

NOW, WHEREFORE, for the foregoing reasons and for good cause shown, the requested stipulated deadline continuances are as follows:

a) The completion of non-expert discovery shall be extended from July 27, 2017 to **September 26, 2017.**

b) The deadline to notice all motions to compel non-expert discovery shall be extended from July 27, 2017 to **September 26, 2017.**

c) Extend expert disclosures in accordance with Federal Rule of Civil Procedure 26(a)(2) from May 26, 2017 to **October 10, 2017.**

///

d) Extend rebuttal expert disclosures in accordance with Federal Rule of Civil Procedure 26(a)(2) from June 30, 2017 to **October 30, 2017.**

e) The completion of expert discovery shall be **November 30, 2017.**

f) The deadline to notice all motions to compel expert discovery shall be extended **November 30, 2017.**

g) The deadline to file all motions, except for continuances, temporary restraining orders, or other emergency applications, shall be extended from September 25, 2017 to **November 30, 2017.**

THEREFORE, the Parties hereby stipulate and agree to extend the aforementioned discovery deadlines as noted above. The dates for Final Pretrial Conference and Trial shall remain the same.

Date: May 10, 2017   THE CARTWRIGHT FIRM, INC.

*/s/ Maurice Fitzgerald*
Maurice Fitzgerald
Robert E. Cartwright, Jr.
Attorneys for Plaintiff
GEORGE WESTBROOK

Date: May 10, 2017   FISHER & PHILLIPS LLP

*/s/ Annie Lau*
Jason A. Geller
Annie Lau
Attorneys for Defendant
BALL METAL BEVERAGE CONTAINER CORP.

**IT IS SO ORDERED, with modification above.**

Dated: May 12, 2017

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

3
JOINT STIPULATION RE CONTINUATION OF DISCOVERY DEADLINES AND [PROPOSED] ORDER
FPDOCS 32843296.1