Maurice J. Fitzgerald (SBN: 149712)
Email: maurice@cartwrightlaw.com
Robert E. Cartwright (SBN: 104284)
Email: Rob@cartwrightlaw.com
The Cartwright Law Firm, Inc.
222 Front Street, Fifth Floor
San Francisco, CA 94111

Attorneys for Plaintiff
GEORGE WESTBROOK

Jason A. Geller [SBN 168149]
Email: jgeller@fisherphillips.com
Annie Lau [SBN 302438]
Email: alau@fisherphillips.com
FISHER & PHILLIPS LLP
One Embarcadero Center, Suite 2050
San Francisco, CA 94111
Tel: (415) 490-9000
Fax: (415) 490-9001

Attorneys for Defendant
BALL METAL BEVERAGE CONTAINER CORP.

# THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| GEORGE WESTBROOK,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>BALL METAL BEVERAGE CORP., a Colorado corporation; and Does 1-100, inclusive;<br><br>　　　　Defendant(s). | Case No. 2:16-CV-01569-WBS-CKD<br><br>**JOINT STIPULATION RE: CONTINUATION OF DISCOVERY DEADLINES AND TRIAL DATE; [PROPOSED] ORDER**<br><br>[Originally Solano County Superior Court Action No. FCS047162]<br><br>Removal Date:　July 8, 2016<br>Trial Date:　　　February 6, 2018 |

1

JOINT STIPULATION RE CONTINUATION OF DISCOVERY DEADLINES AND [PROPOSED] ORDER

FPDOCS 32843296.1
FPDOCS 33191146.1

TO THE U.S. DISTRICT COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Plaintiff GEORGE WESTBROOK ("Plaintiff") and Defendant BALL METAL BEVERAGE CONTAINER CORP. ("Defendant"), by and through their respective counsel, hereby submit this Joint Stipulation pursuant to Federal Rule of Civil Procedure ("Fed. R. Civ. P.") 29 and Local Rules ("L.R.") 143, 144, and 230(f), and respectfully request that the Court issue an order granting this stipulation as set forth below pursuant to Fed. R. Civ. P. 29.

WHEREAS, on May 5, 2017, the Court issued a Status (Pretrial Scheduling) Order that established all updated discovery deadlines this action.

WHEREAS the parties have engaged in substantial discovery including the exchange of written discovery that included over two thousand documents and the depositions of Plaintiff and Defendant's key witness.

WHEREAS, the Parties have agreed to make a good faith effort to resolve this matter though private mediation and have scheduled mediation on October 11, 2017 with Judge Bonnie Sabraw (Ret.) at ADR Services, Inc. in San Francisco.

WHEREAS, the current discovery cut-off dates and dates for expert disclosure and motion practice are such that the Parties would be incur substantial expense prior to mediation unless those dates are moved.

WHEREAS the resources saved by continuing the dates set forth herein can be used to attempt to resolve this matter. The Parties desire additional time for the completion of discovery if mediation is unsuccessful.

WHEREAS, the joint stipulation is not entered into with the intent to delay. By continuing the discovery and motion deadlines and briefly continuing trial, there is no prejudice to any Party.

WHEREAS the Parties have not previously requested a trial continuance.

WHEREAS, good cause exists for granting the Parties' request to extend the following deadlines and continue the trial date in accordance with Fed. R. Civ. P. 29.

NOW, WHEREFORE, for the foregoing reasons and for good cause shown, the requested stipulated deadline continuances are as follows:

a) Trial be continued from February 6, 2018 to **July 10, 2018 at 9:00 a.m.**

b) Final Pretrial conference continued from December 4, 2017 to **May 7, 2018 at 1:30 p.m.**

c) The completion of non-expert discovery shall be extended from September 26, 2017 to **November 13, 2017.**

d) The deadline to notice all motions to compel non-expert discovery shall be extended from September 26, 2017 to **November 13, 2017.**

e) Extend expert disclosures in accordance with Federal Rule of Civil Procedure 26(a)(2) from October 10, 2017 to **November 22, 2017.**

f) Extend rebuttal expert disclosures in accordance with Federal Rule of Civil Procedure 26(a)(2) from October 30, 2017 to **December 15, 2017.**

g) The completion of expert discovery shall be **January 22, 2018.**

h) The deadline to notice all motions to compel expert discovery shall be extended **January 22, 2018.**

i) The deadline to file all motions, including dispositive motions, except for continuances, temporary restraining orders, or other emergency applications, shall be extended from November 20, 2017 to **February 1, 2018.**

THEREFORE, the Parties hereby stipulate and agree to extend the aforementioned discovery deadlines as noted above.

Date: August 24, 2017         THE CARTWRIGHT FIRM, INC.

                              _____/S/_____
                              Maurice Fitzgerald
                              Robert E. Cartwright, Jr.
                              Attorneys for Plaintiff
                              GEORGE WESTBROOK

Date: August 24, 2017         FISHER & PHILLIPS LLP

                              _____/S/_____
                              Jason A. Geller
                              Annie Lau
                              Attorneys for Defendant
                              BALL METAL BEVERAGE CONTAINER CORP.

**IT IS SO ORDERED.**

**Dated: August 25, 2017**

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE