| | |
|---|---|
| 1 | MAURICE FITZGERALD (SBN: 149712) |
| | CATHERINE TRAN (SBN: 309201) |
| 2 | The Cartwright Law Firm, Inc. |
| | 222 Front Street, Fifth Floor |
| 3 | San Francisco, CA 94111 |
| | Phone: (415) 433-0444 |
| 4 | Facsimile:   (415) 433-0449 |
| | Email:       catherine@cartwrightlaw.com |
| 5 | |
| | Attorneys for Plaintiff GEORGE WESTBROOK |
| 6 | |
| | Jason A. Geller [SBN 168149] |
| 7 | Email: jgeller@fisherphillips.com |
| | Annie Lau [SBN 302438] |
| 8 | Email: alau@fisherphillips.com |
| | FISHER & PHILLIPS LLP |
| 9 | One Embarcadero Center, Suite 2050 |
| | San Francisco, CA 94111 |
| 10 | Tel: (415) 490-9000 |
| | Fax: (415) 490-9001 |
| 11 | |
| | Katherine Sandberg [SBN 301117] |
| 12 | Email: ksandberg@fisherphillips.com |
| | FISHER & PHILLIPS LLP |
| 13 | 621 Capitol Mall, Suite 1400 |
| | Sacramento, CA 95814 |
| 14 | Tel: (916) 440-0865 |
| | Fax: (916) 440-0993 |
| 15 | |
| | Attorneys for Defendant |
| 16 | BALL METAL BEVERAGE CONTAINER CORP. |

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| GEORGE WESTBROOK<br><br>    Plaintiff<br><br>    v.<br><br>BALL METAL BEVERAGE CORP., a Colorado corporation; and DOES 1 through 100, inclusive;<br><br>    Defendants. | Case No. 2:16-CV-01569-WBS-CKD<br><br>[*Removed from Solano County Superior Court, Civil Case No. FCS047162*]<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER FOR VOLUNTARY DISMISSAL OF INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS CAUSE OF ACTION** |

## STIPULATION

Pursuant to Fed. R. Civ. P. 41(a)(1), the parties, by and through their counsel of record request the Court dismiss Plaintiff's claim for Intentional Infliction of Emotional Distress with prejudice and without costs to any party.

DATED: October 25, 2017  THE CARTWRIGHT LAW FIRM, INC.

By: /s/ Maurice Fitzgerald
MAURICE FITZGERALD
CATHERINE TRAN
*Attorneys for Plaintiff GEORGE WESTBROOK*

DATED: October 25, 2017  FISHER & PHILLIPS LLP

By: /s/ Katherine P. Sandberg
JASON GELLER
ANNIE LAU
KATHERINE P. SANDBERG
*Attorneys for Defendant BALL METAL BEVERAGE CORP.*

## ORDER

Based upon the foregoing stipulation of the parties, it is hereby:

ORDERED that Plaintiff's claim for Intentional Infliction of Emotional Distress in the above-captioned matter be dismissed with prejudice as to all parties without attorney's fees or costs to any party.

Dated: October 25, 2017

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE

I, the undersigned, am employed in the County of Sacramento, State of California. I am over the age of 18 and not a party to the within action; am employed with the law offices of Fisher & Phillips LLP and my business address is 621 Capitol Mall, Suite 1400, Sacramento, CA 95814.

On **October 24, 2017**, I served the foregoing document entitled **STIPULATION AND [PROPOSED] ORDER FOR VOLUNTARY DISMISSAL OF INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS CAUSE OF ACTION**, on all the appearing and/or interested parties in this action as follows:

| Robert E. Cartwright, Jr.<br>Maurice Fitzgerald<br>The Cartwright Law Firm, Inc.<br>222 Front Street, Fifth Floor<br>San Francisco, CA 94111 | *Counsel for Plaintiff*<br><br>T: 415-433-0444<br>F: 415-433-0449 |
|---|---|

☒ **[by ELECTRONIC SUBMISSION]** - I served the above listed document(s) described via the United States District Court's Electronic Filing Program on the designated recipients via electronic transmission through the CM/ECF system on the Court's website. The Court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document(s). Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities.

☒ **FEDERAL** - I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on **October 24, 2017**, at Sacramento, California.

Alicia P. Malerbi　　　　　　　　By:　/s/ Alicia P. Malerbi
Print Name　　　　　　　　　　　　　　　Signature