Maurice J. Fitzgerald (SBN: 149712)
Email: maurice@cartwrightlaw.com
Robert E. Cartwright (SBN: 104284)
Email: Rob@cartwrightlaw.com
The Cartwright Law Firm, Inc.
222 Front Street, Fifth Floor
San Francisco, CA 94111

Attorneys for Plaintiff
GEORGE WESTBROOK

Jason A. Geller [SBN 168149]
Email: jgeller@fisherphillips.com
Annie Lau [SBN 302438]
Email: alau@fisherphillips.com
FISHER & PHILLIPS LLP
One Embarcadero Center, Suite 2050
San Francisco, CA 94111
Tel: (415) 490-9000
Fax: (415) 490-9001

Katherine Sandberg [SBN 301117]
Email: ksandberg@fisherphillips.com
FISHER & PHILLIPS LLP
621 Capitol Mall, Suite 1400
Sacramento, CA 95814
Tel: (916) 210-0400
Fax: (916) 210-0401

Attorneys for Defendant
BALL METAL BEVERAGE CONTAINER CORP.

# THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| GEORGE WESTBROOK,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>BALL METAL BEVERAGE CORP., a Colorado corporation; and Does 1-100, inclusive;<br><br>　　　　Defendant(s). | Case No. 2:16-CV-01569-WBS-CKD<br><br>**JOINT STIPULATION RE: CONTINUATION OF DISCOVERY DEADLINES AND [PROPOSED] ORDER**<br><br>[Originally Solano County Superior Court Action No. FCS047162]<br><br>Removal Date:　July 8, 2016<br>Trial Date:　　July 10, 2018 |

1

TO THE U.S. DISTRICT COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Plaintiff GEORGE WESTBROOK ("Plaintiff") and Defendant BALL METAL BEVERAGE CONTAINER CORP. ("Defendant"), by and through their respective counsel, hereby submit this Joint Stipulation pursuant to Federal Rule of Civil Procedures ("Fed. R. Civ. P.") 29 and Local Rules ("L.R.") 143, 144, and 230(f) and respectfully request that the Court issue an order granting this stipulation as set forth below pursuant to Fed. R. Civ. P. 29.

WHEREAS, on August 25, 2017, the Court issued an Order on the Parties' Joint Stipulation Re: Continuance of Trial and Discovery Deadlines that established updated discovery deadlines this action and a new trial date.

WHEREAS the parties have engaged in substantial discovery including the exchange of written discovery that included over two thousand documents and have completed the depositions of Plaintiff and the depositions of several Defendant's key witness.

WHEREAS, the Parties attempted in good faith to resolve this matter though mediation Judge Bonnie Sabraw at ADR Services, Inc. on October 11, 2017 with in San Francisco.

WHEREAS, the parties were forced to cancel duly-noticed depositions of subpoenaed witnesses, including Plaintiff's heath care providers, scheduled to take place in Vacaville, California during the week of October 9, 2017 due to the North Bay fires. Those depositions are currently being rescheduled and may determine whether expert witnesses must be retained for certain trial testimony.

WHEREAS, current discovery cut-off dates, motion dates and dates for expert disclosure are such that the parties would have difficulty now completing discovery and motions within the current deadlines set.

WHEREAS, moving all discovery cut-off dates and expert disclosure 60 days would not impact or affect the current trial date set for July 10, 2018 or the Final Pretrial Conference set for May 7, 2018.

///

WHEREAS, the joint stipulation is not entered into with the intent to delay. By continuing the discovery, expert disclosure and motion deadlines, there is no prejudice to any party.

WHEREAS the parties are not requesting a trial continuance.

WHEREAS, good cause exists for granting the Parties' request to extend the following deadlines and continue the trial date in accordance with Fed. R. Civ. P. 29.

NOW, WHEREFORE, for the foregoing reasons and for good cause shown, the requested stipulated deadline continuances are as follows:

a) The completion of non-expert discovery shall be extended from November 13, 2017 to **January 12, 2018.**

b) The deadline to notice all motions to compel non-expert discovery shall be extended from November 13, 2017 to **January 12, 2018.**

c) Extend expert disclosures in accordance with Federal Rule of Civil Procedure 26(a)(2) from November 22, 2017 to **January 22, 2018**

d) Extend rebuttal expert disclosures in accordance with Federal Rule of Civil Procedure 26(a)(2) from December 15, 2017 to **February 13, 2018**.

e) The completion of expert discovery shall be **March 23, 2018**.

f) The deadline to notice all motions to compel expert discovery shall be extended to **March 23, 2018.**

g) The deadline to file all motions, except for continuances, temporary restraining orders, or other emergency applications, shall be extended from February 1, 2018 to **April 2, 2018.**

///
///
///
///
///
///
///

| | | |
|---|---|---|
| 1 | THEREFORE, the Parties hereby stipulate and agree to extend the aforementioned | |
| 2 | discovery deadlines as noted above. | |
| 3 | Date: October 26, 2017 | THE CARTWRIGHT FIRM, INC. |
| 4 | | /s/ Maurice Fitzgerald |
| 5 | | Maurice Fitzgerald<br>Robert E. Cartwright, Jr.<br>Attorneys for Plaintiff<br>GEORGE WESTBROOK |
| 8 | Date: October 26, 2017 | FISHER & PHILLIPS LLP |
| 9 | | /s/ Katherine P. Sandberg<br>Jason A. Geller<br>Annie Lau<br>Katherine P. Sandberg<br>Attorneys for Defendant<br>BALL METAL BEVERAGE CONTAINER CORP. |

**IT IS SO ORDERED.**

Dated: October 27, 2017

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4

JOINT STIPULATION RE CONTINUATION OF DISCOVERY DEADLINES AND [PROPOSED] ORDER

FPDOCS 33382812.1