MAURICE FITZGERALD (SBN: 149712)
CATHERINE TRAN (SBN: 309201)
THE CARTWRIGHT LAW FIRM, INC.
222 FRONT STREET, FIFTH FLOOR
SAN FRANCISCO, CA 94111
PHONE: (415) 433-0444
FACSIMILE: (415) 433-0449
EMAIL: catherine@cartwrightlaw.com

ATTORNEYS FOR Plaintiff GEORGE WESTBROOK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| GEORGE WESTBROOK<br><br>Plaintiff<br><br>v.<br><br>BALL METAL BEVERAGE CORP., a Colorado corporation; and DOES 1 through 100, inclusive;<br><br>Defendants. | Case No. 2:16-CV-01569-WBS-CKD<br><br>[*Removed from Solano County Superior Court, Civil Case No. FCS047162*]<br><br>[Title] |

## STIPULATION

WHEREAS, the parties to this action have agreed and thereafter stipulated that Plaintiff's age was not a factor in Defendants' decisions regarding Plaintiff's request for an accommodation or nor was age a factor in Defendant's alleged treatment of Plaintiff during the course of his employment;

NOW, WHEREFORE, for the foregoing reasons and pursuant to Fed. R. Civ. P. 41(a)(1), the parties, by and through their counsel of record request the Court dismiss Plaintiff's claim for Age Discrimination with prejudice and without costs to any party.

| | |
|---|---|
| DATED: January 2, 2018 | THE CARTWRIGHT LAW FIRM, INC. |

By: /s/ Maurice J. Fitzgerald
MAURICE FITZGERALD
CATHERINE TRAN
*Attorneys for Plaintiff GEORGE WESTBROOK*

FISHER PHILLIPS, LLP

/s/ Katherine Sandberg
JASON GELLER
ANNIE LAU
KATHERINE SANDBERG
*Attorneys for Defendant Ball Metal Beverage Corp.*

## ORDER

Based upon the foregoing stipulation of the parties, it is hereby:

ORDERED that Plaintiff's claim for Age Discrimination in the above-captioned matter be dismissed with prejudice as to all parties without attorney's fees or costs to any party.

Dated: January 2, 2018

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

# PROOF OF SERVICE

I am, and was at all times herein mentioned, employed in the City and County of San Francisco, State of California. I am over the age of 18 years and not a party to the within entitled action. I am employed at the Cartwright Law Firm, 222 Front Street, Fifth Floor, San Francisco, California 94111.

On **January 2, 2018**, I served the attached [Title] on the interested parties in this action as follows:

*Attorneys for Defendant BALL METAL BEVERAGE CONTAINER CORP.*
*Jason A. Geller*
*Fisher & Phillips LLP*
*One Embarcadero Center*
*Suite 2050*
*San Francisco, CA 94111*

☒ **BY MAIL**: I placed true and correct copies of the above documents in a sealed envelope (or envelopes) addressed to the addressee(s) with postage thereon fully prepaid in the United States mail in the City and County of San Francisco, California.

☐ **BY PERSONAL SERVICE**: I caused true and correct copies of the above documents to be placed and sealed in an envelope (or envelopes) addressed to the addressee(s) and I caused such envelope(s) to be delivered by hand on the office(s) of the addressee(s).

☐ **BY FEDERAL EXPRESS**: I caused true and correct copies of the above documents to be placed and sealed in an envelope (or envelopes) addressed to the addressee(s) and I used such envelope(s) to be delivered to Federal Express overnight courier service to the office(s) of the addressee(s).

☐ **BY FACSIMILE**: I caused a copy (or copies) of such document(s) to be sent via facsimile transmission to the office(s) of the address(s).

I am "readily familiar" with the firm's practice of collecting and processing correspondence for mailing, that the correspondence would be deposited with the U.S. Postal Service on the same day in the ordinary course of business. I am aware that on motion of a party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in the affidavit.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on **January 2, 2018**, at San Francisco, California.

/s/KathleenZsembik
KATHLEEN ZSEMBIK