Maurice J. Fitzgerald (SBN: 149712)
Email: maurice@cartwrightlaw.com
Robert E. Cartwright (SBN: 104284)
Email: Rob@cartwrightlaw.com
The Cartwright Law Firm, Inc.
222 Front Street, Fifth Floor
San Francisco, CA 94111

Attorneys for Plaintiff
GEORGE WESTBROOK

Jason A. Geller [SBN 168149]
Email: jgeller@fisherphillips.com
Annie Lau [SBN 302438]
Email: alau@fisherphillips.com
FISHER & PHILLIPS LLP
One Embarcadero Center, Suite 2050
San Francisco, CA 94111
Tel: (415) 490-9000
Fax: (415) 490-9001

Katherine Sandberg [SBN 301117]
Email: ksandberg@fisherphillips.com
FISHER & PHILLIPS LLP
621 Capitol Mall, Suite 1400
Sacramento, CA 95814
Tel: (916) 210-0400
Fax: (916) 210-0401

Attorneys for Defendant
BALL METAL BEVERAGE CONTAINER CORP.

# THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| GEORGE WESTBROOK,<br><br>    Plaintiff,<br><br>vs.<br><br>BALL METAL BEVERAGE CORP., a Colorado corporation; and Does 1-100, inclusive;<br><br>    Defendant(s). | Case No. 2:16-CV-01569-WBS-CKD<br><br>**JOINT STIPULATION RE: CONTINUATION OF DISCOVERY DEADLINES AND [PROPOSED] ORDER**<br><br>[Originally Solano County Superior Court Action No. FCS047162]<br><br>Removal Date:   July 8, 2016<br>Trial Date:         July 10, 2018 |

TO THE U.S. DISTRICT COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Plaintiff GEORGE WESTBROOK ("Plaintiff") and Defendant BALL METAL BEVERAGE CONTAINER CORP. ("Defendant"), by and through their respective counsel, hereby submit this Joint Stipulation pursuant to Federal Rule of Civil Procedures ("Fed. R. Civ. P.") 29 and Local Rules ("L.R.") 143, 144, and 230(f) and respectfully request that the Court issue an order granting this stipulation as set forth below pursuant to Fed. R. Civ. P. 29.

WHEREAS, on October 27, 2017, the Court issued an Order on the Parties' Joint Stipulation Re: Continuance of Trial and Discovery Deadlines that established updated discovery deadlines this action and a new trial date.

WHEREAS the parties have engaged in substantial discovery including the exchange of written discovery that included over two thousand documents and have completed the depositions of Plaintiff and the depositions of several Defendant's key witness.

WHEREAS, the Parties attempted in good faith to resolve this matter though mediation Judge Bonnie Sabraw at ADR Services, Inc. on October 11, 2017 in San Francisco.

WHEREAS, the parties were forced to cancel duly-noticed depositions of subpoenaed witnesses, including Plaintiff's heath care providers, scheduled to take place in Vacaville, California during the week of October 9, 2017 due to the North Bay fires. Those depositions were rescheduled but have not yet been completed, and they may determine whether expert witnesses must be retained for certain trial testimony.

WHEREAS, current discovery cut-off dates, motion dates, and dates for expert disclosure are such that the parties would have difficulty now completing discovery and motions within the current deadlines set.

WHEREAS, on February 8, 2018, the parties submitted a Joint Stipulation Regarding Continuance of the Discovery Deadlines, ECF No. 18. The Court indicated that the proposed dates did not comply with the Court's schedule on civil matters as the date proposed to file all motions

of May 7, 2018 conflicted with the date of the Final Pretrial Conference, which was also scheduled for May 7, 2018.

WHEREAS, on February 9, 2018, the Court offered to reschedule the pretrial conference to July 30, 2018 and continue the trial to October 2, 2018 at 9:00 a.m.

WHEREAS, the Parties accept the Court's offer to reschedule the pretrial conference to July 30, 2018 and continue the trial to October 2, 2018 at 9:00 a.m.

WHEREAS, moving all discovery cut-off dates and expert disclosure as set forth below would not impact or affect the proposed trial date of October 2, 2018 or the proposed Final Pretrial Conference date of July 30, 2018.

WHEREAS, the joint stipulation is not entered into with the intent to delay. By continuing the discovery, expert disclosure and motion deadlines, there is no prejudice to any party.

WHEREAS, good cause exists for granting the Parties' request to extend the following deadlines and continue the trial date in accordance with Fed. R. Civ. P. 29.

NOW, WHEREFORE, for the foregoing reasons and for good cause shown, the requested stipulated deadline continuances are as follows:

a) The completion of non-expert discovery shall be extended from February 26, 2018 to **May 11, 2018.**

b) The deadline to notice all motions to compel non-expert discovery shall be extended from February 26, 2018 to **May 11, 2018.**

c) Extend expert disclosures in accordance with Federal Rule of Civil Procedure 26(a)(2) from March 8, 2018 to **May 3, 2018.**

d) Extend rebuttal expert disclosures in accordance with Federal Rule of Civil Procedure 26(a)(2) from March 30, 2018 to **May 25, 2018.**

e) The completion of expert discovery shall be **June 18, 2018.**

f) The deadline to notice all motions to compel expert discovery shall be extended from April 23, 2018 to **June 18, 2018.**

g) The deadline to file all motions, except for continuances, temporary restraining orders, or other emergency applications, shall be extended from April 23, 2018 to **June 18, 2018.**

h) The Pretrial Conference is continued to **August 27, 2018 at 1:30 p.m.**

i) The trial date is continued to **October 16, 2018 at 9:00 a.m.**

THEREFORE, the Parties hereby stipulate and agree to extend the aforementioned discovery deadlines as noted above.

Date: February 14, 2018    THE CARTWRIGHT FIRM, INC.

/s/ Maurice Fitzgerald
Maurice Fitzgerald
Robert E. Cartwright, Jr.
Attorneys for Plaintiff
GEORGE WESTBROOK

Date: February 14, 2018    FISHER & PHILLIPS LLP

/s/ Katherine P. Sandberg
Jason A. Geller
Annie Lau
Katherine P. Sandberg
Attorneys for Defendant
BALL METAL BEVERAGE CONTAINER CORP.

**IT IS SO ORDERED.**

Dated: February 15, 2018

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

4