Maurice J. Fitzgerald (SBN: 149712)
Email: maurice@cartwrightlaw.com
Robert E. Cartwright (SBN: 104284)
Email: Rob@cartwrightlaw.com
The Cartwright Law Firm, Inc.
222 Front Street, Fifth Floor
San Francisco, CA 94111
Phone: (415) 433-0444
Facsimile: (415) 433-0449

Attorneys for Plaintiff
GEORGE WESTBROOK

Jason A. Geller [SBN 168149]
Email: jgeller@fisherphillips.com
Annie Lau [SBN 302438]
Email: alau@fisherphillips.com
FISHER & PHILLIPS LLP
One Embarcadero Center, Suite 2050
San Francisco, CA 94111
Tel: (415) 490-9000
Fax: (415) 490-9001

Katherine Sandberg [SBN 301117]
Email: ksandberg@fisherphillips.com
FISHER & PHILLIPS LLP
621 Capitol Mall, Suite 1400
Sacramento, CA 95814
Tel: (916) 210-0400
Fax: (916) 210-0401

Attorneys for Defendant
BALL METAL BEVERAGE CONTAINER CORP.

# THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE WESTBROOK,<br><br>    Plaintiff,<br><br>vs.<br><br>BALL METAL BEVERAGE CORP., a Colorado corporation; and Does 1-100, inclusive;<br><br>    Defendant(s). | Case No. 2:16-CV-01569-WBS-CKD<br><br>**STIPULATION REGARDING PHYSICAL EXAMINATION OF PLAINTIFF GEORGE WESTBROOK, BY BERTRAND TUAN, MD.; [PROPOSED] ORDER**<br><br>*[Removed from Solano County Superior Court, Civil Case No. FCS047162]*<br>Complaint Filed: June 6, 2016<br>Removal Date: July 8, 2016<br>Trial Date: October 2, 2018 |

1

STIPULATION RE PHYSICAL EXAMINATION OF PLAINTIFF GEORGE WESTBROOK BY
BETRAND TUAN, M.D.; AND [PROPOSED] ORDER

FPDOCS 33667141.1
FPDOCS 33906115.1

Pursuant to Federal Rules of Civil Procedure, Rule 35, Plaintiff George Westbrook ("Plaintiff") and Defendant Ball Metal Beverage Corp. ("Defendant"), by and through their counsel of record, hereby stipulate that Plaintiff will submit to one physical/medical examination by Defendant, which shall be conducted as follows:

**WHEREAS**, Plaintiff acknowledges that his physical state is in controversy; and

**WHEREAS**, the parties wish to avoid the unnecessary waste of time and resources in making and opposing any motion to compel Plaintiff's physical/medical examination;

**THEREFORE, IT IS HEREBY STIPULATED AND AGREED BY PLAINTIFF AND DEFENDANT THAT:**

1. Plaintiff will appear for only one physical/medical examination;

2. The physical/medical examination will be performed by Dr. Bertrand Tuan, M.D. on April 3, 2018, commencing at 12:00 p.m. at Dr. Tuan's office located at 2100 Webster Street, Suite 225, San Francisco, CA 94115. The examination will continue for so long as reasonably required, but will not exceed 90 minutes. The examination will consist of clinical interview to obtain general background information to include George Westbrook's overall health history as it generally relates to disabilities Mr. Westbrook currently claims, including the onset of his medical condition resulting in chronic blood thinner medication, prior treatment, prognosis, restrictions and medications related thereto; general physical examination as deemed appropriate. The scope of the examination will include the assessment of Plaintiff's medical condition resulting in the prescription of chronic blood thinner medication, including but not limited to any restrictions and/or disability related to said condition;

3. The examination will also include reasonable breaks to the extent they are required or requested by Plaintiff;

4. Dr. Tuan is a physician licensed by the State of California;

5. Plaintiff and Dr. Tuan will be present at the physical/medical examination. Dr. Tuan may have present a licensed nurse, or other staff, to assist him in conducting reasonable tests at the direction of Dr. Tuan;

6. Defendants represent that Dr. Tuan is available to testify at trial scheduled to begin on October 15, 2018; and

7. Upon request by Plaintiff, or at the date and time of exchange of expert witness information, Dr. Tuan shall provide a copy of a detailed written report setting out the history, examinations, findings, including the results of all test made, diagnoses, prognoses, conclusions, and all opinions that Dr. Tuan intends to offer at trial.

THEREFORE, the parties hereby stipulate and agree to the voluntary medical/physical examination of Plaintiff George Westbrook, as set forth herein above.

Date: April 2, 2018   THE CARTWRIGHT FIRM, INC.

/s/ Maurice Fitzgerald
Maurice Fitzgerald
Robert E. Cartwright, Jr.
Attorneys for Plaintiff
GEORGE WESTBROOK

Date: April 2, 2018   FISHER & PHILLIPS LLP

/s/ Katherine P. Sandberg
Jason A. Geller
Annie Lau
Katherine P. Sandberg
Attorneys for Defendant
BALL METAL BEVERAGE CONTAINER CORP.

**IT IS SO ORDERED.**

Dated: April 3, 2018

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

3
STIPULATION RE PHYSICAL EXAMINATION OF PLAINTIFF GEORGE WESTBROOK BY
BETRAND TUAN, M.D.; AND [PROPOSED] ORDER

FPDOCS 33667141.1
FPDOCS 33906115.1