Maurice J. Fitzgerald (SBN: 149712)
Email: maurice@cartwrightlaw.com
Robert E. Cartwright (SBN: 104284)
Email: Rob@cartwrightlaw.com
The Cartwright Law Firm, Inc.
222 Front Street, Fifth Floor
San Francisco, CA 94111

Attorneys for Plaintiff
GEORGE WESTBROOK

Jason A. Geller [SBN 168149]
Email: jgeller@fisherphillips.com
Annie Lau [SBN 302438]
Email: alau@fisherphillips.com
FISHER & PHILLIPS LLP
One Embarcadero Center, Suite 2050
San Francisco, CA 94111
Tel: (415) 490-9000
Fax: (415) 490-9001

Katherine Sandberg [SBN 301117]
Email: ksandberg@fisherphillips.com
FISHER & PHILLIPS LLP
621 Capitol Mall, Suite 1400
Sacramento, CA 95814
Tel: (916) 210-0400
Fax: (916) 210-0401

Attorneys for Defendant
BALL METAL BEVERAGE CONTAINER CORP.

# THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| GEORGE WESTBROOK,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>BALL METAL BEVERAGE CORP., a Colorado corporation; and Does 1-100, inclusive;<br><br>　　　　Defendant(s). | Case No. 2:16-CV-01569-WBS-CKD<br><br>**JOINT STIPULATION RE: CONTINUATION OF NON-EXPERT AND EXPERT DISCOVERY DEADLINES AND [PROPOSED] ORDER**<br><br>[Originally Solano County Superior Court Action No. FCS047162]<br><br>Removal Date:　　July 8, 2016<br>Trial Date:　　　October 16, 2018 |

1

TO THE U.S. DISTRICT COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Plaintiff GEORGE WESTBROOK ("Plaintiff") and Defendant BALL METAL BEVERAGE CONTAINER CORP. ("Defendant"), by and through their respective counsel, hereby submit this Joint Stipulation pursuant to Federal Rule of Civil Procedures ("Fed. R. Civ. P.") 29 and Local Rules ("L.R.") 143, 144, and 230(f) and respectfully request that the Court issue an order granting this stipulation as set forth below pursuant to Fed. R. Civ. P. 29.

WHEREAS, on February 16, 2018, the Court issued an Order on the Parties' Joint Stipulation Re: Continuance of Trial and Discovery Deadlines that established updated discovery deadlines this action and a new trial date.

WHEREAS the parties have engaged in substantial discovery including the exchange of written discovery that included over two thousand documents and have completed the depositions of Plaintiff and the depositions of multiple key witnesses for Defendants.

WHEREAS, the Parties have once again agreed to attempt in good faith to resolve this matter though mediation before Mediator Mark Peters on or about April 30, 2018 in San Francisco.

WHEREAS, the current discovery cut-off dates and current expert disclosures are such that the parties would be required to expend substantial financial resources that could be better used to resolve this matter unless such dates are continued, in particular expert disclosure currently set for May 3rd, 2018 would require the parties to continue to now expend resources on expert fees and cost since little time would be available to prepare for their reports and disclosure following a mediation and possible follow-up negotiations.

WHEREAS, counsel for Plaintiff has a conflict with the current Final Pretrial Conference date of August 27, 2018 in that he will be in trial in Mendocino County Superior Court starting on August 6th for the entire month of August.

WHEREAS, moving all discovery cut-off date as set forth below would not impact or affect the current trial date set for October 16, 2018.

WHEREAS, the joint stipulation is not entered into with the intent to delay. By continuing

the discovery cut-off dates and expert disclosure, there is no prejudice to any party.

WHEREAS the parties are not requesting a trial continuance.

WHEREAS, good cause exists for granting the Parties' request to extend the following deadlines and continue the trial date in accordance with Fed. R. Civ. P. 29.

NOW, WHEREFORE, for the foregoing reasons and for good cause shown, the requested stipulated deadline continuances are as follows:

a) The completion of non-expert discovery shall be extended from May 11, 2018 to **June 11, 2018**.

b) The deadline to notice all motions to compel non-expert discovery shall be extended from May 11, 2018 to **June 11, 2018.**

c) That expert disclosure be extended from May 3, 2018 to **June 4, 2018**

d) The completion of expert discovery shall be extended from June 28, 2018 to **July 27, 2018.**

e) The deadline to notice all motions to compel expert discovery shall be extended to from June 18, 2018 to **July 18, 2018.**

f) The deadline to file all motions, except for continuances, temporary restraining orders or other emergency applications is extended from June 18, 2018 to **July 18, 2018.**

g) The final pre-trial conference currently set for August 27, 2018 be continued to **September 10, 2018 at 1:30 p.m.**

THEREFORE, the Parties hereby stipulate and agree to extend the aforementioned discovery deadlines as noted above.

Date: April 4, 2018             THE CARTWRIGHT FIRM, INC.

                                /s/ Maurice Fitzgerald
                                Maurice Fitzgerald
                                Robert E. Cartwright, Jr.
                                Attorneys for Plaintiff
                                GEORGE WESTBROOK

| | | |
|---|---|---|
| 1 | Date:  April 4, 2018 | FISHER & PHILLIPS LLP |
| 2 | | /s/ Katherine P. Sandberg |
| | | Jason A. Geller |
| 3 | | Annie Lau |
| | | Katherine P. Sandberg |
| 4 | | Attorneys for Defendant |
| | | BALL METAL BEVERAGE CONTAINER CORP. |

6  **IT IS SO ORDERED.**

7  Dated:  April 5, 2018

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE

I, the undersigned, am employed in the County of Sacramento, State of California. I am over the age of 18 and not a party to the within action; am employed with The Cartwright Law Firm Inc. and my business address is 222 Front Street, Fifth Floor, San Francisco, CA 94111.

On Katherine Zsembik, I served the foregoing document entitled **JOINT STIPULATION RE: CONTINUATION OF NON-EXPERT AND EXPERT DISCOVERY DEADLINES AND [PROPOSED] ORDER**, on all the appearing and/or interested parties in this action as follows:

| Katherine Sandberg [SBN 301117]<br>Email: ksandberg@fisherphillips.com<br>FISHER & PHILLIPS LLP<br>621 Capitol Mall, Suite 1400<br>Sacramento, CA 95814 | *Counsel for Defendant*<br><br>Tel: (916) 210-0400<br>Fax: (916) 210-0401 |
|---|---|

☒ **[by ELECTRONIC SUBMISSION]** - I served the above listed document(s) described via the United States District Court's Electronic Filing Program on the designated recipients via electronic transmission through the CM/ECF system on the Court's website. The Court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document(s). Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities.

☒ **FEDERAL** - I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on _____, at San Francisco, California.

| Katherine Zsembik | By: | /s/ Katherine Zsembik |
|---|---|---|
| Print Name | | Signature |

5
JOINT STIPULATION RE CONTINUATION OF NON-EXPERT AND EXPERT
DISCOVERY DEADLINES AND [PROPOSED] ORDER

FPDOCS 33733820.1