MAURICE FITZGERALD (SBN: 149712)
Email: Maurice@cartwrightlaw.com
ROBERT E. CARTWRIGHT, JR. (SBN: 104284)
Email: Rob@cartwrightlaw.com
THE CARTWRIGHT LAW FIRM, INC.
222 FRONT STREET, FIFTH FLOOR
SAN FRANCISCO, CA 94111
PHONE:          (415) 433-0444
FACSIMILE:     (415) 433-0449
EMAIL:            catherine@cartwrightlaw.com

ATTORNEYS FOR Plaintiff
GEORGE WESTBROOK

JASON A. GELLER [SBN 168149]
Email: jgeller@fisherphillips.com
ANNIE LAU [SBN 302438]
Email: alau@fisherphillips.com
FISHER & PHILLIPS LLP
One Embarcadero Center, Suite 2050
San Francisco, CA 94111
Tel: (415) 490-9000
Fax: (415) 490-9001
Attorneys for Defendant
BALL METAL BEVERAGE CONTAINER CORP.

# THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

| | |
|---|---|
| GEORGE WESTBROOK<br><br>    Plaintiff(s)<br><br>    v.<br><br>BALL METAL BEVERAGE CORP., a Colorado corporation; and DOES 1 through 100, inclusive;<br><br>    Defendant(s) | Case No. 2:16-CV-01569-WBS-CKD<br><br>**STIPULATION OF DISMISSAL**<br><br>[Originally Solano County Superior Court Action No. FCS047162] |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action, and all parties thereto, be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1), each side to bear its own costs and attorneys' fees.

**STIPULATION OF DISMISSAL**

1 | DATED:   July 12, 2018July 13, 2018        THE CARTWRIGHT LAW FIRM, INC.

2                                                 /s/Maurice Fitzgerald
                                          By: _____
3                                                 MAURICE FITZGERALD
                                                  ROBERT E. CARTWRIGHT, JR.
4                                                 *Attorneys for Plaintiff GEORGE WESTBROOK*

5
6 | DATED:   July _12__2018July 13, 2018        FISHER & PHILLIPS LLP

                                                  /s/JASON A. GELLER
7                                         By: _____
                                                  JASON A. GELLER
8
9                                                 *Attorneys for Defendant BALL METAL BEVERAGE CONTAINER CORP.*

**STIPULATION OF DISMISSAL**

# PROOF OF SERVICE

I am, and was at all times herein mentioned, employed in the City and County of San Francisco, State of California. I am over the age of 18 years and not a party to the within entitled action. I am employed at the Cartwright Law Firm, 222 Front Street, Fifth Floor, San Francisco, California 94111.

On **July 13, 2018**, I served the attached STIPULATION OF DISMISSAL on the interested parties in this action as follows:

*Attorneys for Defendant BALL METAL BEVERAGE CONTAINER CORP.*
*Jason A. Geller*
*Fisher & Phillips LLP*
*One Embarcadero Center*
*Suite 2050*
*San Francisco, CA 94111*

☒ **BY MAIL**: I placed true and correct copies of the above documents in a sealed envelope (or envelopes) addressed to the addressee(s) with postage thereon fully prepaid in the United States mail in the City and County of San Francisco, California.

☐ **BY PERSONAL SERVICE**: I caused true and correct copies of the above documents to be placed and sealed in an envelope (or envelopes) addressed to the addressee(s) and I caused such envelope(s) to be delivered by hand on the office(s) of the addressee(s).

☐ **BY FEDERAL EXPRESS**: I caused true and correct copies of the above documents to be placed and sealed in an envelope (or envelopes) addressed to the addressee(s) and I used such envelope(s) to be delivered to Federal Express overnight courier service to the office(s) of the addressee(s).

☐ **BY FACSIMILE**: I caused a copy (or copies) of such document(s) to be sent via facsimile transmission to the office(s) of the address(s).

☐ **BY ELECTRONIC SERVICE:** I caused a true and correct copies of said documents to be served by transmitting said documents through the court designated e-service provider, File & Serve Xpress to the person(s) on the electronic service list. This service complies with the California Code of Civil Procedure section 1010. Proof of service is further demonstrated by the time stamp on this filing.

I am "readily familiar" with the firm's practice of collecting and processing correspondence for mailing, that the correspondence would be deposited with the U.S. Postal Service on the same day in the ordinary course of business. I am aware that on motion of a party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in the affidavit.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on **July 13, 2018**, at San Francisco, California.

_____
KATHLEEN ZSEMBIK